# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Adam Ehrlich, et al., Appellees v. The Philadelphia Inquirer, LLC, et al., Appellants

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 25-4620
Date proceedings initiated in D.C.: 8/12/2025
Date Notice of Appeal filed: 7/16/2026
USCA No.: 26-2785

## COUNSEL ON APPEAL

**Appellant(s)**: The Philadelphia Inquirer, LLC, Samantha Melamed, Max Marin, Dylan Purcell, Michelle Myers, and Anton Klusener
Name of Counsel: Michael Berry and Elizabeth Seidlin-Bernstein
Name of Party(ies): The Philadelphia Inquirer, LLC, Samantha Melamed, Max Marin, Dylan Purcell, Michelle Myers, and Anton Klusener
Address: Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103
Telephone No.: 215.665.8500
Fax No.: 215.864.8999
E-mail: berrym@ballardspahr.com, seidline@ballardspahr.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Daniel A. Pallen
Name of Party(ies): Adam Ehrlich, Good Bet Trading LLC, and A Kensington Joint LLC
Address: The Law Offices of Daniel A. Pallen PLLC, 114 W. Front Street, Media, PA 19063
Telephone No.: 484.550.7542
Fax No.: 484.550.7532
E-mail: dpallen@pallenlaw.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?          Yes ☐     No ☑
Appeals Docket No.:

Was there a previous appeal in case?     Yes ☐     No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?     Yes ☐     No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

Yes ☐     No ☑

If you answered yes to either "a" or "b" please provide:

Case Name:_____

D.C. Docket No.:_____

Court or Agency:_____

Docket Number:_____

Citation, if reported:_____

---

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

**2. TORTS**
☐ ADMIRALTY

☑ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

**3. CONTRACTS**
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

**5. OTHER**
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this _31st_ day of _July_____, 20 _26___ .

Signature of Counsel:_/s/Michael Berry_____